IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

PAUL D. LAWRENCE                                                                           PLAINTIFF

VS.                                        Civil No. 05-CV-1061

KEN JONES, Sheriff, Union
County, Arkansas; LT. DARRELL
EASTER; JAILER GREGORY
DAVIS; SGT. MICHAEL JOHNSON;
and NURSE DEBBIE HOWARD                                                             DEFENDANTS

## **ORDER**

Now on this 6th day of September, 2006, comes on for consideration the proposed findings and recommendations filed herein on August 15, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Lawrence's claims should be and are hereby dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                                          */s/ Harry F. Barnes*
                                                          **HARRY F. BARNES**
                                                          **U.S. DISTRICT JUDGE**